UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAMIREZ PROBUS,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent. | NO. EDCV 09-1470-AG(CT)<br><br>ORDER ACCEPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND RECOMMENDATION |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer and the documents lodged with the answer, and the magistrate judge's report and recommendation.

    ACCORDINGLY, IT IS ORDERED:

    1.    The report and recommendation is accepted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: Dec 29, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE