UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES RAMIREZ PROBUS,             )      NO. EDCV 09-1470-AG(CT)
                                  )
              Petitioner,         )      JUDGMENT
                                  )
         v.                       )
                                  )
ROBERT A. HOREL, Warden,          )
                                  )
              Respondent.         )
_____)

     Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

     IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: Dec 29, 2009

                                        ANDREW J. GUILFORD
                                        UNITED STATES DISTRICT JUDGE